UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND OKOLIE,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE CITY OF SEATTLE, et al.,<br><br>                  Defendants. | CASE NO. C17-1531-RSM<br><br>ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED.[1] The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

      DATED this 20th day of October, 2017.

                                                        Mary Alice Theiler
                                                        United States Magistrate Judge

---

[1] It should be noted that plaintiff previously voluntarily dismissed this lawsuit, brought, at that time, against two of the defendants named here. *Okolie v. City of Seattle*, C15-1258-RAJ (Dkts. 37 & 46). The Court conditioned the dismissal on allowing any discovery to be used in any subsequent action brought by plaintiff against the same defendants. *Id*. (Dkt. 46 at 3). Also, if plaintiff brought a similar action against defendants, the Court's orders would remain in effect in the subsequent matter. *Id*.

ORDER
PAGE - 1