1 &  ___ FILED  ___ ENTERED
     ___ LODGED ___ RECEIVED

2   OCT 13 2017   RE

3   AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY _____ DEPUTY

    ___ FILED  ___ ENTERED
    ___ LODGED ___ RECEIVED

    OCT 13 2017   CA

    AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY _____ DEPUTY

7   UNITED STATES DISTRICT COURT FOR WESTERN WASHINGTON AT SEATTLE

8   EDMUND OKOLIE                )   CASE NO. 17-CV-1531-RSM

9   PLAINTIFF, PROSE             )   COMPLAINTS & summons

10          VS                   )

11  (1) THE CITY OF SEATTLE,     )

12  (2) THE SEATTLE POLICE DEPARTMENT )

13  (3) OFFICER LINDSAY BROWN, Et al  )

14  DEFENDANTS                   )   (CLERK'S ACTION REQUIRED)

15  ............................................................................
16  ............)

17          I.    PARTIES TO THE COMPLAINTS :

18  PLAINTIFF ;

19  EDMUND OKOLIE

20  435 M L K jr. Way So

21  SEATTLE, WA 98144

22  206 391 6762

23  DEFENDANTS :.

(          COMPLAINTS     )

1    (1) THE CITY OF SEATTLE
2    (2)  THE SEATTLE POLICE DEPT.
3    (3) OFFICER LINDSAY BROWN
4    (4) OFFICER BAUER DAVID
5    (5)  OFFICER SILVAGNI MICHAEL

6   (6) OFFICER BALAWA JAMES

7   (7) OFFICER RUSSNES ROGER, Et al

8    SEATTLE CITY MAYOR

9    701 FIFTH AVE, STE 2050

10   SEATTLE, WA  98104

11   206 684 -8200

12                II .JURISDICTION

13   Both parties are Seattle, Washington and USA residents.

14   All the defendants are city employees and under the mayor and the case is a civil matter within
15   the jurisdiction of the court.

16               III.    COMPLAINTS

17   The complaints include but not limited to the following :

18   ( ! ) Profiling

19   (2 ) Illegal impound and seizure

20   (3 ) AUTO damages

21   ( 4 ) False arrest

22   (5) Orchestrated cruel and unusual punishment.

23   (6) Denial of my right to eliminate wase with diginity .

24   (7) Denying me the Miranda Right

25   (8) Public humiliation by parading me at Harborview Emergency room in handcuffs.

(        COMPLAINTS     )

1  (9 ) Inflicting emotional injury in me by failures to let me know where I am being being
2  transported to in the police car and directing me me by signs only and non verbal
3  communicacation..

4  (10 ) Denial of my right to know my charges.

5  The city of Seattle created the avenue for the abuses by building the cells without toilettes or
6  adequate supervision for the unfortunate victims.

7  (11) The city laid mines on the street by deploying officers without knowledge of the manual
8  of the police codes of conduct on the street

9  (12) The city also failed to recruit qualified agents with critical thinking and decision making
10 abilities .

11 (13) To mention ,but a few.

12

13

14

15

16

17

18

19

20

21

22

23

24

(       COMPLAINTS     )

Case 2:17-cv-01531-RSM   Document 4   Filed 10/20/17   Page 4 of 9

CASE NO .................................................................................................................

1

2              I**V** STATEMENT OF CLAIM;

3              ---------------------------------

4 The Police misconducts in this case manifest gross abuse and violation of my human
5 and civil rights in pursuit of Racial profiling, stereotyping, malice, efforts to criminalize,
6 dehumanize and mentally abuse the innocent citizens whom they are employed and
7 deemed to protect, etc.

8  I filed this case with the United States District Court and jury to adjudicate the actions
9 of the Seattle police  after many months of agonizing racing thoughts about the incident
10 without any other option in mind:

11                         FACTS

12         On October 17, 2014 I was driving home on Rainier Avenue. As I
13         approached Alaska Street, I saw a police light behind me. I slowed
14         down and moved quietly to a traffic safe corner street and stopped.

15 The police officer , Lindsay Brown  approached me and I asked her, "Officer, what did I
16 do" She responded with her own question,

17 "How much have you been drinking", I responded," I have not had even a drop of beer
18 for at least one month

19  She asked for my driver's license and insurance. I gave her my driver's license and as I
20 was looking for my insurance when she disappeared.

21 After about two minutes, I saw about five Seattle police officers surrounding me like a
22 criminal. They took me out from my car, searched me, and seized all my belongings on
23 me, including my cell phone by order.       The police officers competed , taking turns
24 to test me as if they are in on the job traing . ; they performed about five five tests and
25 asked me to recite the Alphabets from A to Z and   backwards from Z to A.

26 I told them that though I am educated, my brain was not equipped to perform such an
27 academic test at that circumstance.

28 They ordered me to blow into a plastic pipe to the best of my ability. They commanded
29 me with hands motion as I blew into the pipe," Come on!, Come on !,Come on !" I got
30 exhausted and stopped.

CASE NO ................................................................................................................................

1  One of the officers told me as they shared eyes communication among them and
2  laughed, "You tested positive for Chemicals" I place my palm in my chest and asked, "
3  Myself! ?" The officer said, "Yes!?" He ordered me to put my hands behind my back. I
4  did as he commanded and he handcuffed me. They booked me their car. While in the
5  police car, I asked the riding officers for the opportunity to call my children to pick up my
6  car. They denied my request and said, "They will take good care of it".

7  They took me to the South precinct Station and booked into the dungeon without a
8  toilet and in handcuffs.;

9  THE INHUMANE TREATMENTS: DEHUMANIZATION AND MENTAL ABUSES;

10 While in the dungeon, I made several disciplined attempts to be allowed the opportunity
11 to use the rest room. I was ignored. Even the officer who patrolled through the hallway
12 looked the other way when he approached my jail door.

13 I was left to stay in my feces and urines, less than an animal. Another short and young
14 police officer who passed by while I was tapping the door with my hand cuffs behind
15 me, passed by while looking at the opposite side of my dungeon.

16 After many hours, two police officers came by my door and ordered me out to their ca
17 without a word r. I told them that I was in my mess with my feces and urine. They looked
18 at each other and used eyes language to communicate their intention. Thus, they
19 ignored me in my hopeless and helpless plight, got into the car and drove off.

20 They took me in the car from the open space into a room through a garage door. I almost
21 got into a shock and fainting spell; thinking that they were going to kill me. I caught my
22 breadth as the garage door opened again to another open space and the street. Yet, I did
23 not know where they were going with me, a disabled man in hand cuffs. While on I-5
24 North, I felt assured in public to ask them where they were going with me. One of the
25 officers responded, "Hospital" They took me to the Harborview Hospital.

26

27 AT THE HARBORVIEW MEDICAL CENTER:

28 They paraded me into Emergency Room in hand cuffs with drenched pant in feces and
29 urine like a criminal that lacks human dignity.

30 The .E.R. patients looked at me pitifully. One patient in bed asked me," Bro what did you
31 do?" I answered," I don't know"

CASE NO ........................................................................................................................

While one officer removed the hand cuffs from my hands, the other officer approached and discussed secretly with a male nurse who beckoned me. I then asked the male nurse, "What did they tell you that I did ?" The nurse told me, "D W I, they want me to draw blood from you" I then told the nurse, "THAT IS ABSOLUTELY FALSE"

The nurse proceeded to draw my blood which he handed over to them. After the Hospital visit, they took me to my address without handcuffs.

As they dropped me off in my home, I was given a small zip lock parcel with my very few medications, my spare car key, my driver's license and few Dollars collected from my pocket and my cell phone.

I then asked them about my car and the key to my residence. They told me that my car has been seized and towed away for D W I according to the law of Washington State, and that I should call a lock smith for entry to my residence. Thus had no choice but, to stay under the freezing cold weather until day break when my son was available to let me in.

MY FILED COMPLAIN WITH THE MAYOR AND CITY POLICE CHIEF:

I filed complaints with the Mayor and the chief of police of Seattle notifying them of the abuses and violation of my human and civil rights, towing costs, property damage, etc.

The chief of police responded in kind, but the mayor's office did not respond.

THE 67 PAGES OF THE POLICE REPORT:

When the police report of 67 pages came out, it depicted false cover and write ups to back their stereo type and prejudice. However, my blood work was negative of any drug or alcohol, like ALL the tests performed by the police on site.

THE SEATTLE MUNIPAL COURT'S HEARINGS;

Consistent with malicious and incriminating police agenda, some upsetting, false charges were filed against me by the Seattle Municipal Court based on the false police falsehood.

After about three court hearings, the truth came to light. Thus, the court dismissed all the charges "for the interest of justice. "

MY INITIAL PARTIAL CLAIM FORWARDED TO THE CITY OF SEATTLE;

I filed a partial claim with the City for some damages to my car and the towing cost to refund my borrowed money for redeeming my towed car; the City turned my claim to the Risk Management who responded with urban cowboy ideology, dusted off the claim and blamed me for drunkenness; blame the victim.

Case 2:17-cv-01531-RSM   Document 4   Filed 10/20/17   Page 7 of 9

CASE NO ........................................................................................................................

QUESTIONS, REMARKS AND ARGUMENTS:

It is very degrading and disgraceful that some police officers recruited to protect the citizens resort to criminalize, clamp on their human and civil rights, instill fears and restlessness in them, racial profile them, restrict their freedom of movement and even kill them without justifiable reasons. ;

WHY ?

Any qualified police officer should do the dignifying duties comfortably with the full honor and respect from the community they serve.

Per my observation in my abuses, I saw plenty of lukewarm attitudes in control.

CONCERNS;

(1) Search and Seizure; By searching my car, what was the officer searching for? Was even a trace of the item (s) found? Exhibit? Why the impound and seizure ?

(2) The tests conducted by the police; As all the tests performed yielded negative results, why then was I arrested?

(3) What chemicals did the officer accuse me of being positive for? Was the accusation true? Where is the Exhibit?

(4) Why did all the rest of the officers at the scene collaborate in the activities or kept mute?

(5) Why did the police mentally abuse and traumatize me while in their custody ?

Who, in this our civilized society cannot recognize a drunk or drug addict? It is very unbelievable that many people recruited, trained to protect all lives are turning against our universally recognized values and the constitutional guarantees of all our citizens with impunity

(6) Why did the officers do as if they have no recognition on the value of the police code of conduct ?

(7) Why did they behave as if to mean that verbalizing their intention is against the police code of conduct , etc . as evidenced by my abuses ?.

All the abuses point to the effects racism, stereotype, hatred carried on by the people recruited and paid by the citizens to protect them but vowing to divide and criminalize the people based their hidden agenda and hatred of others. It is noteworthy that these

CASE NO .................................................................................................................

1 kinds of misconducts have damaged the records, the lives, opportunities, dignities,
2 reputations, etc of many innocent citizens.

3 V RELIEF REQUESTED.

4 The harm has been done and irreversible; the abuses have been inflicted and mental
5 agony with racing thoughts and indelible flash backs reign beyond my imagination. The
6 recognition and prevention of these evil acts in our midst is paramount in preservation
7 of our human, civils rights, dignity, freedom and justice for all Americans

8 The Relief requested include but not limited to the following:

9    (1) Compensation and equitable awards for damages by the jury/court.

10    (2) Compensation for the damages to my vehicle; broken windshield and the
11       transmission, lost tools in my car; fixing the damages are also helpful.

12    (3) Refund for the cost of towing ..

13    (4) Payment of my attorney fee and court costs, if applicable.

14    VI. JURY DEMAND

15 I humbly demand that the case be tried by the jury of six (6 jurors).

16 Respectfully submitted,

17
18 _____[signature]_____ Date- 10:13:17

19 Edmund Okolie, Plaintiff prose.
20 435 Martin Luther King Jr Way So
21 Seattle, Wa. 98144
22 Ph. 206-391-6762.

23
24
25
26
27

CASE NO ............................................................................................................................

1

2  PROOF OF SERVICE ;

3  The complaints , statement of claims, summons, etc were physically filed today and the
4  copies are physically delivered to the defendants through the designated recipients to
5  the address below ;

6  THE SEATTLE CITY MAYOR,

7  701 FIFTH AVE . STE. 2050

8  SEATTLE, WA. 98104