THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND OKOLIE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, THE SEATTLE POLICE DEPARTMENT, LINDSAY BROWN, DAVID BAUER, MICHAEL SILVAGNI, JAMES BALAWA, AND ROGER RUSNESS<br><br>　　　　　　　　Defendant. | No.   17-cv-01531 RSM<br><br>**DECLARATION OF JOSH JOHNSON IN SUPPORT OF REPLY TO DEFENDANT'S MOTION FOR ORDER RE: PLAINTIFF'S CASE OBLIGATIONS AND ENFORCING PRIOR ORDERS** |

I, JOSH JOHNSON, declare as follows:

1.　I am an Assistant City Attorney for the Police Action Team of the Seattle City Attorney's Office and an attorney of record for the City of Seattle, the only Defendant that Plaintiff Edmund Okolie has served. I am over the age of eighteen and have personal knowledge of the facts contained in this Declaration. I am competent to testify to the matters herein.

2.　Since I filed my declaration in support of the City's motion (Dkt. #10-2), Mr. Okolie has contacted me once. He left a voicemail for me on Friday, February 9. Although his

DECLARATION OF JOSH JOHNSON IN SUPPORT OF REPLY TO DEFENDANT'S MOTION FOR ORDER RE: PLAINTIFF'S CASE OBLIGATIONS AND ENFORCING PRIOR ORDERS - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

voicemail was difficult for me to understand, he seemed to indicate that he had received the City's motion and was indicating his willingness to meet with me.

3. I called Mr. Okolie on Tuesday, February 13. I confirmed that he had received the City's motion and asked him if he was willing to agree to the relief the City requested. He said that he was willing to have me draft a joint status report, send it to him, and have him make any changes. I told him that I could not prepare the joint status report without his input, which is why I had requested that the Court order him to meet with me. He said that he was willing to meet but would need to check with his interpreter. I asked him to get back to me as soon as he could. I have not heard from him since then.

4. I asked Mr. Okolie if he opposed the other relief I requested in the motion, including agreements about enforcing Judge Jones's prior orders, including the order requiring him to respond to the City's discovery. I cannot reliably report Mr. Okolie's position. He seemed to both insist that Judge Jones's orders were from an "old" case and so they had no effect, but also that it would be "no problem" to respond to the discovery.

5. I advised Mr. Okolie that he should respond to the City's motion to express any disagreement.

6. Mr. Okolie stated that he still wanted the Court to give him additional time to find an attorney.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED this 16th day of February, 2018.

_____
JOSH JOHNSON

DECLARATION OF JOSH JOHNSON IN SUPPORT OF REPLY TO DEFENDANT'S MOTION FOR ORDER RE: PLAINTIFF'S CASE OBLIGATIONS AND ENFORCING PRIOR ORDERS - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and delivered such filing, via U.S. Mail, to the following:

Edmund C. Okolie, Pro se Plaintiff
435 Martin Luther King Jr. Way S
Seattle, WA 98144

Dated this 16th day of February, 2018, at Seattle, Washington.

*s/ Jennifer Litfin*
Jennifer Litfin, Legal Assistant

DECLARATION OF JOSH JOHNSON IN SUPPORT OF REPLY TO DEFENDANT'S MOTION FOR ORDER RE: PLAINTIFF'S CASE OBLIGATIONS AND ENFORCING PRIOR ORDERS - 3

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200