UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND OKOLIE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SEATTLE, THE SEATTLE POLICE DEPARTMENT, LINDSAY BROWN, DAVID BAUER, MICHAEL SILVAGNI, JAMES BALAWA, AND ROGER RUSNESS<br><br>　　　　Defendant. | No.　C17-1531 RSM<br><br>**ORDER GRANTING CITY OF SEATTLE'S MOTION FOR ORDER RE: PLAINTIFF'S CASE OBLIGATIONS AND ENFORCING PRIOR ORDERS, AND RESPONSE TO JANUARY 12 ORDER TO SHOW CAUSE** |

　　　　THIS MATTER, having come before the Court on Defendant, City of Seattle's (hereinafter "City") Motion for Order re: Plaintiff's Case Obligations and Enforcing Prior Orders, and Response to January 12 Order to Show Cause, and the Court having read and considered the records and files herein, and the Court being fully advised in the premises, it is HEREBY ORDERED:

1) No later than March 2, 2018, Plaintiff and counsel for the City shall meet in person at a time and place that the parties mutually agree on. They shall conduct the conference that

ORDER GRANTING CITY OF SEATTLE'S MOTION RE CASE OBLIGATIONS
*OKOLIE V. CITY OF SEATTLE ET AL.* (17-cv-1531RSM) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Fed. R. Civ. P. 26(f) requires. Plaintiff may bring a person to serve as an interpreter, but the City is not obligated to provide an interpreter for Plaintiff.

2) Within one week of that meeting, counsel for the City shall mail Plaintiff a draft of a joint status report. Within one week of receiving that report, Plaintiff shall telephone counsel for the City to inform the City of any requested changes. The City shall file the report no later than March 21, 2018.

3) Within 14 days of the filing of the joint status report, Plaintiff shall provide the interrogatory responses and responses to requests for production that are detailed in the Honorable Richard A. Jones's November 22, 2016 order in Plaintiff's previous suit (No. 15-1258RAJ).

4) The Court and the City (and any Defendant Plaintiff later joins in this action) are entitled to presume that Plaintiff received any document mailed to him at his address of record within three days of its mailing. Plaintiff is responsible for updating the Court and the City regarding any changes in address.

5) In accordance with Judge Jones's January 24, 2017 order, all orders entered by the Court in Plaintiff's previous lawsuit (No. 15-cv-1258-RAJ) remain in effect in this action.

6) Plaintiff is responsible for complying with this order, Judge Jones's order, and any other obligations imposed by the Court or the Local Rules. Failure to comply may result in sanctions, including dismissal of this action.

DATED this 16th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING CITY OF SEATTLE'S MOTION RE CASE OBLIGATIONS
*OKOLIE V. CITY OF SEATTLE ET AL.* (17-cv-1531RSM) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200