UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDMUND OKOLIE,

    Plaintiff,

v.

CITY OF SEATTLE, *et al.*,

    Defendants.

Case No. C17-1531RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 18, 2018, Plaintiff filed a Memo to the Defendants. Dkt. #27. The Memo included the following:

> - \*\*\*NB\*\*\*I MUBT FILE A MOTION WITH THE COURT IN A COUPLE DAYS/WKS TOCOMPEL THE DEFENDANTS TO RESPOND INDIVIDUALLY TO MY MY MOTION OF 6/29/18 as demanded for the discovery as a probable preamble to depositions in the discovery process which should not be one sided.
>
> I must also request the court to intervenene in the consistent use ofscandalous-falsehoods ,false documentation . evading of discovery process, apparent fakes, etc..[sic]

Dkt. #27 at 2. The filing was not noted for the Court's consideration as a motion and its intended purpose was unclear.

MINUTE ORDER – 1

On September 4, 2018, Defendant City of Seattle responded to Plaintiff's Memo (Dkt. #28) and indicated that "[w]hile difficult to ascertain its intent, Plaintiff's memo, which includes a new allegation, appears to operate as an attempt by Plaintiff to amend his Complaint." Dkt. #28 at 1. Defendant requests that to the extent the Memo is a motion, it should be denied. *Id.*

The Court does not interpret Plaintiff's Memo as a motion. Plaintiff's filing appears related to discovery and does not clearly request any relief from the Court. The Memo appears to indicate that a motion to compel is forthcoming. The Court is unclear as to the intent or utility of the filing, does not treat it as a motion, and will disregard it.

The Court directs the Clerk to mail a copy of this Minute Order to Plaintiff at 435 Martin Luther King Jr. Way South, Seattle, WA 98144.

DATED this 6th day of September 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 2